UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. REINOSO,<br><br>   Petitioner,<br><br>  v.<br><br>R. NEUSCHMID,<br><br>   Respondent. | No. CV 19-5304-SVW (AGR)<br><br>JUDGMENT |

  Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

  IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: _____July 10__, 2019      _____
                     STEPHEN V. WILSON
                     United States District Judge